UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:     CASE NO: 21-21590 )<br>)<br>MARSHA SMITH )<br>)<br>)<br>Debtor )<br>********************************<br>DANIEL L. FREELAND, Trustee )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MARSHA SMITH )<br>)<br>)<br>Defendant ) | Adversary Proceeding No: _____<br>CHAPTER 7 |

## **COMPLAINT TO WITHHOLD DISCHARGE AND FOR TURNOVER OF FUNDS OWED TO THE ESTATE**

## **COUNT I**

Comes now Daniel L. Freeland, Trustee, Plaintiff, by counsel, and moves the Court, pursuant to 11 U.S.C. §727(c)(1), to withhold the discharge of the Debtor, and for turnover of funds in the amount of $2,168.85, and in support thereof, shows the Court as follows:

1. The Debtor filed her Petition for Voluntary Relief on October 28, 2021.

2. At the First Meeting of Creditors the Trustee advised the Defendant that she must turnover a copy of her 2021 Federal and State tax returns and not to cash any refunds until the Trustee advises if an amount is due to the Estate from the 2021 tax refunds.

3. A subsequent demand was made upon the Debtor on May 24, 2022, for the turnover of her 2021 tax returns, a copy of said request is attached hereto and marked as Exhibit "A."

4. Trustee filed a Motion for 2004 Exam and on July 6, 2022, the Court entered an Order granting a 2004 Examination on August 16, 2022, for the Defendant to appear and produce copies of her 2021 tax return; a copy of said Order is attached hereto and marked as Exhibit "B".

5. Defendant's counsel, Rodney Greer, emailed a copy of the requested 2021 tax returns on July 13, 2022. After a review of same, Trustee ascertained that said funds were non-exempt assets of the bankruptcy estate and should be turned over to Trustee for distribution to creditors.

6. On August 24, 2022, the Trustee sent an email to the Defendant's counsel regarding the status of the refund that was due to the Estate in the amount of $2,168.85. Defendant's counsel responded and said he will follow up with Debtor and that he had not heard from her since July; a copy of email is attached hereto and marked as Exhibit "C".

7. According to the IRS Website, "Where's My Refund", the Defendant received a refund of $2,979.00 on April 20, 2022; a copy of this notice is attached hereto and marked as Exhibit "D".

8. On December 8, 2022 the Trustee sent an email to counsel for Debtor, advising that the Debtor received her tax refund on April 20, 2022, and that the amount due to the Estate is $2,168.85. Defendant's counsel emailed the Trustee and informed that the Debtor had total knee replacement surgery and had used the funds while she was out of work and asked if she could set up a payment plan. After further negotiations, the Trustee received an email on January 16, 2023, from the Defendant's counsel stating Debtor declined the offer of payments and counsel will be withdrawing from the case; a copy of said email is attached hereto and marked as Exhibit "D".

9. That Defendant has failed and/or refused to turnover these funds to the Estate and her discharge should be withheld pursuant to 11 U.S.C. §727 (c)(1).

WHEREFORE, the Plaintiff prays that the discharge of the Defendant be withheld pursuant to 11 U.S.C. §727(c)(1), for his costs herein expended, and for all other further and proper relief in the premises.

Respectfully submitted:

DANIEL L. FREELAND & ASSOCIATES, P.C.

/s/ Daniel L. Freeland
Daniel L. Freeland
Attorney for Trustee
9105 Indianapolis Blvd.
Highland, IN 46322

### COUNT II

Comes now Plaintiff, by counsel, and for an additional Count to this Complaint, alleges and states as follows:

10.  Plaintiff incorporates by reference Rhetorical Paragraphs 1 through 9 of Count I of this Complaint as if the same were fully set forth herein.

11.  The 2021 tax refund in the amount of $2,168.85 is due and owing from Defendant, as it is property of the Estate. Plaintiff requests Defendant turnover said funds to the Estate.

WHEREFORE, Plaintiff prays for the turnover of the 2021 tax refund in the amount of $2,168.85, that is property of the bankruptcy estate, for his costs herein expended, and for all other just and proper relief in the premises.

Respectfully submitted:

DANIEL L. FREELAND & ASSOCIATES, P.C.

/s/ Daniel L. Freeland
Daniel L. Freeland
Attorney for Trustee
9105 Indianapolis Blvd.
Highland, IN 46322
PH: (219) 922-0800



Tiffany Lovison <tiffany@dfreeland.com>

## 21-21590 Smith
1 message

**Tiffany Lovison** <tiffany@dfreeland.com>  Tue, May 24, 2022 at 3:06 PM
To: Griselda Estrada <ges@geracilaw.com>

Can you forward me the 2021 tax returns  
Tiffany Lovison  
Paralegal  
Daniel L. Freeland & Associates  
9105 Indianapolis Blvd  
Highland, IN  46322  
219.922.0800

EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
)
MARSHA LANETTE SMITH ) CASE NO.: 21-21590
) <u>CHAPTER 7 BANKRUPTCY</u>
)
Debtor(s) )

## <u>ORDER FOR 2004 EXAMINATION</u>

This cause came to be heard on the Motion of the Trustee to issue an order, pursuant to Bankruptcy Rule 2004(d).

The Court, being duly advised in the premises, having reviewed said Motion, finds that the same should be GRANTED.

IT IS THEREFORE ORDERED, that the Debtor(s), MARSHA LANETTE SMITH, shall appear at the law office of Daniel L. Freeland & Associates at 9105 Indianapolis Blvd., Highland, Indiana, on August 16, 2022 at 11:00am. for the purpose of being examined pursuant to Bankruptcy Rule 2004 and to produce the documents and information requested in the Motion, or, in the alternative, to produce said documents and information to Daniel L. Freeland prior to August 16.

Dated July 06, 2022

*/s/ James R. Ahler* C0102
JUDGE, U.S. BANKRUPTCY COURT

EXHIBIT "B"



Tiffany Lovison <tiffany@dfreeland.com>

---

## 21-21590 Smith
3 messages

---

**Tiffany Lovison** <tiffany@dfreeland.com>  
To: Griselda Estrada <ges@geracilaw.com>

Wed, Aug 24, 2022 at 2:36 PM

Please let me know the status of refund in the amount of $2,1668.85 -  
Thank you -  
*Tiffany Lovison*  
*Paralegal*  
*Daniel L. Freeland & Associates*  
*9105 Indianapolis Blvd*  
*Highland, IN  46322*  
*219.922.0800*

---

**Griselda Estrada** <ges@geracilaw.com>  
To: Tiffany Lovison <tiffany@dfreeland.com>

Wed, Aug 24, 2022 at 4:55 PM

I am following up with our client last time we heard from her was July.  I will keep you posted.

[Quoted text hidden]

---

**Tiffany Lovison** <tiffany@dfreeland.com>  
To: Griselda Estrada <ges@geracilaw.com>

Thu, Aug 25, 2022 at 9:44 AM

Thank you !! 🙏  
[Quoted text hidden]



EXHIBIT "C"



| | | Home | Get Refund Status | Refund Help | Take Survey | Log Out |

**Your Personal Tax Data**

Social Security Number or IRS Individual Taxpayer Identification Number:
***-**-3523

Filing Status:
Head of Household

Tax Period Ending:
December 31, 2021

Your Refund Amount:
$2,979.00

Deposit Date:
April 20, 2022

## Refund Status Results

Return Received — Refund Approved — Refund Sent

Your refund was sent to your bank on **April 20, 2022** for direct deposit. If you have not received your refund, take the following steps:

- Check with your bank to determine if your refund has been received;
- Verify the routing and bank account numbers on your electronically filed return are correct; or
- Call your preparer to verify the routing and bank account numbers are correct.

If you have a question, contact us.

IRS Privacy Policy

EXHIBIT " D "

 Gmail

Tiffany Lovison <tiffany@dfreeland.com>

## Smith 21-21590
1 message

**Scott J. Greenwood** <sjg@geracilaw.com>  
To: "tiffany@dfreeland.com" <tiffany@dfreeland.com>

Mon, Jan 16, 2023 at 2:29 PM

Ms. Lovison,

Lavita asked me to follow up with you. Having discussed with Ms. Smith, please be advised of the following: She declined the offer of payments and we will be withdrawing from the case.

Thanks,

Scott Greenwood

EXHIBIT "E"