UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: CASE NO.: 21-21590 )<br>)<br>MARSHA SMITH )<br>)<br>)<br>Debtors )<br>********************************* )<br>DANIEL L. FREELAND, TRUSTEE )<br>)<br>Plaintiff, )<br>-vs- )<br>)<br>MARSHA SMITH )<br>)<br>)<br>Defendant ) | Adversary Proceeding No. 23-02002<br>Chapter 7 |

## **AMENDED COMPLAINT TO REVOKE DISCHARGE**

Comes now the Plaintiff/Trustee, by counsel, and moves the Court, pursuant to 11 U.S.C. Section 727(d)(3) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 7001(4) of the Federal Rules of Bankruptcy Procedure (the "Rules") to revoke the Discharge of the Debtor, and in support thereof, shows the Court as follows:

### **Jurisdiction and Venue**

1. On October 28, 2021 (the "Petition Date"), Debtor filed a Chapter 7 petition under the Bankruptcy Code.

2. The United States District Court, pursuant to 28 U.S.C. § 1334, has original exclusive jurisdiction over all cases under the Bankruptcy Code, as well as original but not exclusive jurisdiction over all proceedings arising under the Bankruptcy Code, or arising in or related to cases under the Bankruptcy Code.

3. Pursuant to 28 U.S.C. § 157(a), the District Court may refer to the bankruptcy judges for the district any and all cases under the Bankruptcy Code and any and all proceedings arising in, arising under, or related to a case under the Bankruptcy Code.

4. The United States District Court for the Northern District of Indiana has, pursuant to Local Rule 200.1 ("L.R. 200.1"), provided for the referral of all bankruptcy cases and all related adversary proceedings, to the United States Bankruptcy Court for the Northern District of Indiana.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1409.

6. As required by Rule 7008 of the Rules, the Trustee states that all counts of this Complaint are "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(A), (E) and (O).

## The Parties

7. Plaintiff, Daniel L. Freeland, is the duly appointed, qualified and acting Trustee in this case, whose office is located at 9105 Indianapolis Blvd., Highland, Indiana 46322.

8. Defendant, Marsha Smith,, is an individual residing at 5958 Washington Street, Apt 2A, Merrillville, Indiana, and is the Debtor in this case.

## Count I - Turnover of Funds

9. The Plaintiff ascertained that the Debtor's 2021 tax refund in the amount of $2,168.85 ("Tax Refund") was an asset of the Debtor's Bankruptcy Estate.

10. On March 6, 2023 in this Adversary Proceeding, a Default Judgment was entered against the Debtor finding: (a) that the 2021 tax refund in the amount of $2,168.85 plus court costs in the amount of $350.00 were due to the estate, (b) revoking the discharge of the Debtor that was entered on May 23, 2022  (c) entering a money judgment against the Debtor in the amount of $2,518.85 ("Judgment").

11. On March 22, 2023, this Court held a hearing on Motion and Notice of Default. The Debtor and the Trustee appeared at the hearing and agreed to enter into a Payment Stipulation a copy of which is, attached hereto made, part of hereof, and marked Exhibit "A." Said payment plan directed Debtor to make monthly payments of $150.00 beginning May 15, 2023 until the judgment amount was paid in full.

12. On May 23, 2023, the Debtor made a payment in the amount of $484.00, but has made no payments since said time.

13. That on July 14, 2023 and on October 2, 2023, the Trustee emailed and via USPS mailed correspondence to the Debtor regarding the past due payments, copies of said correspondences are attached hereto made part of hereof and marked Exhibit "B."

14. Although ordered to do so, the Debtor has failed to make payments outlined in the agreed Payment Stipulation.

15. Pursuant to 11 U.S.C. § 542, the Defendant is required to turnover her 2021 Tax Refund in the amount of $2,518.85 plus court costs in the amount of $350.00. The Debtor has paid $484.00 which brings the balance due to the Estate of $2,384.85.

WHEREFORE, Plaintiff prays for the turnover of the balance of her 2021 tax refund and court costs in the amount of $2,384.85, that is property of the bankruptcy estate, for his costs herein expended, and for all other just and proper relief in the premises.

### Count II - Revocation of Discharge

Comes now Plaintiff, by counsel, and for an additional Count to this Amended Complaint, alleges and states as follows:

16. Plaintiff incorporates by reference Rhetorical Paragraphs 9-15 of Count I of this

Complaint as if the same were fully set forth herein.

17.    That the Debtor received her Discharge on May 23, 2022.

18.    The Defendant has failed and/or refused to turnover these funds to the Estate and her discharge should be revoked pursuant to 11 U.S.C §727 (d)(3).

WHEREFORE, the Plaintiff prays that the discharge of the Defendant be revoked pursuant to 11 U.S.C. §727(d)(3), for his costs herein expended, and for all other further and proper relief in the premises.

Respectfully submitted:

**DANIEL L. FREELAND & ASSOCIATES, P.C.**

/s/ Daniel L. Freeland
Daniel L. Freeland
9105 Indianapolis Blvd
Highland, IN 46322
PH: (219) 922-0800

## CERTIFICATE OF SERVICE

I certify that on October ____, 2023, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record.

I further certify that a true and accurate copy of the attached was served by depositing in the U.S. Mail on _____, 2023 upon the following:

Marsha Smith, 5958 Washington Street, Apt 2A, Merrillville, IN 46410

/s/ Daniel L. Freeland
Daniel L. Freeland

4

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:     BANKRUPTCY NO.: 21-21590 <br><br> MARSHA LANETTE SMITH <br><br> Debtor <br> ******************************** <br> DANIEL L. FREELAND <br>     Plaintiff <br><br> vs. <br><br> MARSHA LANETTA SMITH <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    ADVERSARY NO: 23-2002 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PAYMENT STIPULATION AND AGREED ORDER ON TRUSTEE'S MOTION FOR TURNOVER OF TAX REFUND

Come now the Trustee Daniel L. Freeland and the Debtor, Marsha Smith, *pro se*, and hereby enter into a Payment Stipulation in regard to the turnover of the Debtor's 2021 tax refund that is property of the Estate. In support thereof, shows to the Court as follows:

1. On October 28, 2021, Marsha Smith ("Defendant") filed for relief under Chapter 7 of the United States Bankruptcy Court. Daniel L. Freeland was appointed the Trustee in Debtor's Chapter 7 Bankruptcy case.

2. The Trustee was provided copies of the Debtor's 2021 Federal and State tax returns, which indicated Debtor was to receive a Federal tax refund of $2,979.00. After deductions for post-petition earnings and or exemptions, $2,68.85 of said refunds are property of the bankruptcy Estate.

3. The Debtor acknowledged the fact that at the 341 Meeting of Creditors the Trustee stated that any tax refund must be turned over to the Trustee. However, the Debtor failed to turnover said refund and used it for her own personal use.

1



EXHIBIT " A "

4. On January 31, 2023, Trustee filed a Complaint against Debtor *in re Daniel L. Freeland, Trustee v. Marsha Smith*, under Case No: 23-2002. At a telephonic hearing in this Adversary case, the parties agreed that the tax refund in the amount of $2,168.85 is an asset of the bankruptcy Estate and, as such, needs to be turned over to the Trustee for administration. Further, Debtor stated she wished to enter into a Payment Stipulation to repay the amount owed to the Estate which is $2,168.85.

5. Said stipulation is as follows:

   a) That the Debtor will pay $150.00 per month with the first payment being due on or before May 15, 2023, and continuing in equal monthly installments. The Debtor promises to pay the $150.00 monthly until she receives her 2022 tax refund from which she will repay the Estate the balance due within 10 days of receiving her 2022 tax refund.

   b) That if the Debtor fails to comply with all provisions set forth above, and after ten days written notice of default to the Debtor, the Trustee shall be entitled to file an Amended Complaint in the adversary against the Debtor for revocation of her discharge and a money judgment plus treble damages

All of which is agreed to this __10th__ day of __April__, 2023.

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee

Marsha Smith, Debtor

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that the Payment Stipulation and Order is approved.     May 11, 2023

SO ORDERED: _____
                          JUDGE, U. S. BANKRUPTCY COURT

Distribution:
Daniel L. Freeland
US Trustee
Marsha Smith, 5958 Washington Street, Apt 2A, Merrillville, IN 46410

Entered on the docket on 5/11/23

 Tiffany Lovison <tiffany@dfreeland.com>

## Stipulation

**Tiffany Lovison** <tiffany@dfreeland.com>  Fri, Jul 14, 2023 at 12:38 PM
To: marsha.smith@fransicanalliance.org

Please see the attached correspondence.
Tiffany Lovison
Paralegal
Daniel L. Freeland & Associates
9105 Indianapolis Blvd
Highland, IN  46322
219.922.0800

[Quoted text hidden]

📎 **smith.pdf**
193K

EXHIBIT "B"

\* Mailed same day also



# DANIEL L. FREELAND & ASSOCIATES, P.C.
**Consumer and Business Bankruptcy Attorneys**

| 9105 Indianapolis Blvd. | Highland, IN 46322 | PH: (219) 922.0800 | Fax: (219) 922.1261 |

**DANIEL L. FREELAND**
BOARD CERTIFIED CONSUMER AND BUSINESS BANKRUPTCY LAW
EMAIL: DLF9601@AOL.COM

**SHEILA A. RAMACCI**
Board Certified Consumer Bankruptcy Law
Email: sar4198@aol.com

**THOMAS C. HIGGINS**, OF COUNSEL
EMAIL: TOM@TOMHIGGINSLAW.COM

July 14, 2023

Marsha Smith
5958 Washington Street
Apt. 2A
Merrillville, IN 46410

      Re:    Chapter 7 Bankruptcy
             Case No.: 21-21590

Dear Ms. Smith:

    Please be advised that your last payment was received on May 16, 2023. You signed a Stipulation that stated you will make $150.00 each month. Please remit the two missed payments immediately to avoid further action. I have attached a copy of the Stipulation for your reference. This letter will serve as the 10 day default notice. Please make the money order payable to "Daniel L. Freeland, Trustee."

    If you should have any questions concerning this matter, please do not hesitate to contact my office.

                             Very truly yours,

                             DANIEL L. FREELAND & ASSOCIATES, P.C.

                             Daniel L. Freeland

 Gmail

Tiffany Lovison <tiffany@dfreeland.com>

---

## FW: Scanned From a Franciscan MFD

**Tiffany Lovison** <tiffany@dfreeland.com>　　　　　　　　　　　　　　　　Mon, Oct 2, 2023 at 3:19 PM
To: Smith Marsha L <Marsha.Smith@franciscanalliance.org>

We have not received any payments from you regarding your payment stipulation.  I intend to file a Motion of Default this week since we have not received a payment nor have had any response to our emails and phone calls.
Thank you -
Tiffany Lovison
Paralegal
Daniel L. Freeland & Associates
9105 Indianapolis Blvd
Highland, IN  46322
219.922.0800

[Quoted text hidden]